UNITED STATES of America,
Plaintiff–Appellee

v.

Leobardo DELARIVA, Defendant–
Appellant.

No. 11–10163
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Nov. 21, 2011.

Susan Cowger, Assistant U.S. Attorney, U.S. Attorney's Office, Dallas, TX, for Plaintiff–Appellee.

Lydia M. Brandt, Esq., Brandt Law Firm, P.C., Richardson, TX, for Defendant–Appellant.

Before BENAVIDES, STEWART, and CLEMENT, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Leobardo DeLaRiva has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). DeLaRiva has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.